**HALL BOOTH SMITH, P.C.**
ATTORNEYS AT LAW

Harry D. Norton, Jr.
Phone: 973.881.1102
hnorton@hallboothsmith.com

One Garrett Mountain Plaza
5th Floor
Woodland Park, New Jersey 07424

Office: 973.881.1101
Fax: 973.881.1369
www.hallboothsmith.com

June 9, 2022

<u>Via CM/ECF</u>

Honorable James B. Clark, III, U.S.M.J.
United States District Court - District of New Jersey Newark
MLK Jr. Federal Building & U.S. Court House
50 Walnut Street
Newark, New Jersey 07102

   Re: **Hozay A. Royal vs. Rutherford Police Department, et al**
     **Civil Action No.:** **2:11-CV-04862-CCC-JBC**
     **Our File No.:**  **13498.0004**

Dear Judge Clark:

  Please be advised that the captioned matter has been resolved. We enclose our letter to the Pro Se adversary. To date, we do not have confirmation that he has received same, but once we receive said confirmation, we will immediately notify the Court.

         Respectfully submitted,

         */s/ Harry D. Norton, Jr.*

         Harry D. Norton, Jr.

HDN, Jr.:mm
Enclosure

cc: Smart Communications/PADOC
   SCI – Chester - No. QM 0455
   Mr. Hozay A. Royal
   P.O. Box 33028
   St. Petersburg, FL 33733

   Ms. Trisha McTigue, Claim No.: 2019-149474
   Paul S. Barbire, Esq.

WOODLAND PARK, NJ

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE



**H|B|S**  HALL BOOTH SMITH, P.C.
ATTORNEYS AT LAW

Harry D. Norton, Jr.
Phone: 973.881.1102
hnorton@hallboothsmith.com

One Garrett Mountain Plaza
5th Floor
Woodland Park, New Jersey 07424

Office: 973.881.1101
Fax: 973.881.1369
www.hallboothsmith.com

May 31, 2022

**Via Regular & CMRRR Mail**

Smart Communications/PADOC
SCI - Chester
Mr. Hozay A. Royal - No. QM 0455
P.O. Box 33028
St. Petersburg, FL 33733

RE: **Hozay A. Royal vs. Rutherford Police Department, et al**
Civil Action No.: 2:11-cv-04862-JXN-JBC
Our File No.: 13498.0004

Dear Mr. Royal:

We are enclosing herewith a check from Bergen Risk Managers, Inc. in the amount of **$1,950.00** made payable to **"Hozay Royal"** in full settlement of the above captioned matter.

This payment is made with the express understanding that any medical, hospital or other liens filed in this matter will be satisfied by you out of the proceeds of the above draft and the requisite discharge supplied. It is our further understanding that should there be any outstanding bills for medical, hospital or other services which are asserted against your client at a later point in time, these will be the responsibility of your client or your client's personal injury protection carrier, since our client has been released from any future liability to your client pursuant to the terms of the settlement herein.

It is our further understanding that no action has been taken to reduce this matter to judgment and that if a judgment has been entered, you will provide us with a fully executed warrant to satisfy any such judgment.

WOODLAND PARK, NJ

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE

HALL BOOTH SMITH, P.C.

Page 2

_____

        If the foregoing is unacceptable, kindly advise before negotiating the draft or drafts.

        Very truly yours,

        */s/ Harry D. Norton, Jr.*

        Harry D. Norton, Jr.

HDN, Jr.:sbp  
Enclosures  
cc:   Paul S. Barbire, Esq.  
       Ms. Trisha McTigue, Bergen Risk File No.: 2019160720



**QUAL-LYNX**
LINKING YOU TO QUALITY CLAIM SERVICES

P.O. BOX 901 RAMSEY, NJ 07446-0901

By endorsement of this check, the payee, under penalty of fine and / or imprisonment, certifies entitlement to this payment for benefits or services, circumstances affecting such entitlement have not changed and no false statements or representations have been made in support of the claim for payment. False representation could result in civil and criminal penalties.   Por aval de esta comprobacion, el beneficiario, bajo pena de multa o prison, certifica el derecho a este pago de beneficios o servicios, circunstancias que afectan a l al derecho no han cambiado y no declaraciones falsas o representaciones se han hecho en apoyo de la reclamacion de pago. Representaciones falsas podrian dar lugar a sanciones civiles y penales criminales.

**SOUTH BERGEN JIF**

Hozay Royal
P.O. Box 33028
St.Petersburg, FL 33733-8028

Check Number: 62277
Date: 05/20/2022
Amount: $1,950.00

| Claimant: Royal, Hozay | Claim #: 2019149474 | Examiner: BRM | POLICE PROF PI |
| DOI: 08/14/2017 | Invoice #: | BERGEN RISK MANAGERS | I-INDEMNITY PI GL |
| Period: 08/14/2017 to 05/10/2022 | Document #: | | Amount: $1,950.00 |
| Employer: RUTHERFORD BOROUGH | Comments: Final settlement of 2:11-cv-04862-JXN-JBC | | |

Total Check Amount: $1,950.00

---

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES MICROPRINTED ENDORSEMENT LINES AND ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

M.E.L. RESIDUAL CLAIM FUND
BERGEN RISK WC AND LIABILITY
C/O BERGEN RISK MANAGERS, INC.
P.O. BOX 901
RAMSEY, NJ 07446

INVESTORS BANK

55-7203/2212

Check No. 62277
Date: May 20, 2022

AMOUNT
$ 1,950.00

VOID AFTER 90 DAYS

Nineteen Hundred Fifty Dollars And 00/100************************************************

PAY TO THE ORDER OF

Hozay Royal
P.O. Box 33028
St.Petersburg, FL 33733-8028

2019149474

⑆62277⑆ ⑆221272031⑆   1000188158⑆